NATIONAL LABOR RELATIONS BOARD
v. BECK MINING COMPANY, a
Corporation.

. No. 2625.

Circuit Court of Appeals, Tenth Circuit.

Oct. 5, 1942.

Gerhard P. Van Arkel, Asst. Gen. Counsel, National Labor Relations Board, of Washington, D. C., for petitioner.

Ray McNaughton, of Miami, Okl., for respondent.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Consent decree, enforcing the order of the Board, was entered pursuant to stipulation of the parties.

NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. MID–CONTINENT LEAD
& ZINC COMPANY, a Corporation.

No. 12416.

Circuit Court of Appeals, Eighth Circuit.

Sept. 14, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Ernest A. Gross, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Thompson & Roberts, of Joplin, for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on petition for enforcement and stipulation filed with Board.

NATIONAL LABOR RELATIONS BOARD,
Petitioner, v. Morris S. WADLEY et al.
No. 12434.

Circuit Court of Appeals, Eighth Circuit.
Sept. 28, 1942.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Gerhard Van Arkel, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Grimm, Elliott, Shuttleworth & Ingersoll, of Cedar Rapids, Iowa, for respondents.

PER CURIAM.

Respondents ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.